# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 06-cr-00183-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TYSON GARRISON,

    Defendant.

## MINUTE ORDER[1]

    On **September 8, 2011**, commencing at 2:30 p.m., the court shall conduct a revocation of supervised release hearing in this matter.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  July 18, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.